UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD C. THEBEAU, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:08CV01138 ERW |
| J.M. MARSCHUETZ CONSTRUCTION CO., ) ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion for Extension of Time [doc. #7]. Plaintiff asks that the Court grant him until September 3, 2008 to file his response in opposition to Defendant's Motion to Dismiss. Plaintiff states that this response will address many of the same issues as will be included in the Motion to Remand that Plaintiff is presently preparing, and Plaintiff wishes to address these issues in the same pleading. Plaintiff attempted to contact Defendant's counsel to discuss this request, but was unable to reach him.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time [doc. #7] is **GRANTED.** Plaintiff's response must be filed on or before **September 3, 2008**.

Dated this 7th day of August, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE